

No Fee Paid

District Court of the united States of America
Eastern District of Michigan state Southern Division

Anderson Lee Fernanders

v.

DONALD TRUMP and
JANE AND JOHN DOE

Defendants.

Case:5:17-cv-10077
Judge: Levy, Judith E.
MJ: Patti, Anthony P.
Filed: 01-10-2017 At 04:24 PM
CMP FERNANDERS v TRUMP (sk)

_____/

# COMPLAINT UNDER GENERAL ORDER 100[1]- THREE-JUDGE COURT REQUESTED

I, Anderson Lee Fernanders, the Man, the complainant in this case, *In Propria Persona, Sui Juris, Legate a latere*, Am **Commander in Chief, Chief Executive and Commander of the victorious army** including the Grand Army of the Republic, acting under Martial Order (ALF-081096-ORDER100) hereby appear forever "de bene esse", not under Penumbra Doctrine nor original contract or contracts of Maritime nexus with competent fact witness of my agreement to it, nor any of its attributes reserving all rights and yielding no jurisdiction whatsoever affirm that my special, restricted appearance in the above captioned case, state that the following is true to the best of my knowledge and belief. On or about 72 business hours starting from 9:37 am of November 21, 2016, and 48 business hours starting from 9:37 am of December 12 2016 in

---

[1] GENERAL ORDER 100 **Art. 6.** All civil and penal law shall continue to take its usual course in the enemy's places and territories under Martial Law, unless interrupted or stopped by order of the occupying military power; but all the functions of the hostile government - legislative executive, or administrative - whether of a general, provincial, or local character, cease under Martial Law, or continue only with the sanction, or, if deemed necessary, the participation of the occupier or invader.

Allodial soils of Anderson Lee Fernanders as of in the *Ancestral Morocco Empire called by the names Utla / Atlan / Atlantis / Al-Moroc /Northwest Amexem / Northwest Africa / North America / 'The North Gate' / 'Turtle Island' (the "Land")*, under Martial Order (ALF-081096-ORDER100) DONALD TRUMP and JANE AND JOHN DOE committed one or more act(s) which violate Martial Order (ALF-081096-ORDER100) Sec 2 (1) (i) thru (xi) as such defendants became public enemies as defined in GENERAL ORDER 100 under Martial Order (ALF-081096-ORDER101) and Martial Order (ALF-081096-ORDER103), whereby issue bench warrants for his or her arrest and detention and seize all private property, all money, all trust(s) and all assets held foreign or domestically in the manner of 18% going in the court's treasury and the remaining is held for to the support and efficiency of **the victorious army** including the Grand Army of the Republic.

𝓙, **Anderson Lee Fernanders**, do solemnly, sincerely, entreat to all:

𝓗ibu *(Love)*, 𝓗aqq *(Truth)*, 𝓢alaam *(Peace)*, 𝓗urryatun *(Freedom)*, 𝓐dl *(Justice)*

𝓒hronos: **January 6, 2017**

This Complaint Under General Order 100 is by my hand and upon my civil authority set this 6th day of January, 2017:

𝓙 A:_____.

Anderson Lee Fernanders, Legate a latere, Commander in Chief, Chief Executive
and Commander of the victorious army including the Grand Army of the Republic
Natural Person - In Propria Persona, Sui Juris, and Sui Heredes (Not Pro Se, Nor Colorable) –
In Solo Proprio: Authorized Representative; All Rights Reserved

c/o 5801 Marlowe Dr.
Flint, MI [48504]
216-272-3539

5:17-cv-10077-JEL-APP Doc # 1 Filed 01/10/17 Pg 3 of 7 Pg ID 3

Case: 5:17-cv-10077
Judge: Levy, Judith E.
MJ: Patti, Anthony P.
Filed: 01-10-2017 At 04:24 PM
CMP FERNANDERS v TRUMP (sk)

**JS 44** (Rev. 12/07) — **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Anderson Lee Fernanders

DEFENDANTS
DONALD TRUMP + JANE AND JOHN DOE

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

General Order 100 + ALF-081096-ORDER 100

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☒ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): _____

Brief description of cause: _____

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: August 21, 2012

SIGNATURE OF ATTORNEY OF RECORD
All Rights Reserved

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes  ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes: _____

5:17-cv-10077-JEL-APP Doc # 1 Filed 01/10/17 Pg 4 of 7 Pg ID 4





District Court of the united States of America
Eastern District of Michigan state Southern Division

## COVER SHEET

**I. (a) COMPLAINANT**
Anderson Lee Fernanders

**DEFENDANTS**

DONALD TRUMP and
JANE AND JOHN DOE

**II. BASIS OF JURISDICTION**

General Order 100 and Martial Order (ALF-081096-ORDER103)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

**COMPLAINANT**

Anderson Lee Fernanders

1. I am a natural-born citizen of Ancient Morocco Empire (aboriginal and indigenous inhabitants of the North, Central, South America, Mexico, Canada and all of the adjoining islands.) Moroccan Empire referred to as Amexem has been commandeered by the United States, (U.S., USA, and their international partners).

2. I am a natural-born citizen of united States of America' at North America, and having a Republican Form of Government, (as set forth and established at Article IV Section 4) under the rule of the common law, and it is the common law of this country as well as of England...since as before the Revolution. *United States v. Rhodes*, 27 Fed. Cas. 785 (1866); Calvin's Case, 77 Eng. Rep. at 377 (1608).

3. I am a cognitive flesh and blood man having a Nativity upon the Allodial soils of Anderson Lee Fernanders and celebrates his day of Nativity, and is not a "person" ie a fiction or any form of a corporation; and, I live within the geographical Michigan state and have no residence within any political jurisdiction, nor any political overlay of federal area or postal Zone Improvement Plan.

DEFENDANTS

DONALD TRUMP Citizen of Another State

JANE AND JOHN DOE Citizen of This State or Citizen of Another State

| IV. NATURE OF SUIT | V. ORIGIN |
|---|---|
| Forfeiture/Penalty | Original Proceeding |

VI. CAUSE OF ACTION

Under Martial Order (ALF-081096-ORDER100) DONALD TRUMP and JANE AND JOHN DOE committed one or more act(s) which violate Martial Order (ALF-081096-ORDER100) Sec 2 (1) (i) thru (xi) as such defendants became public enemies as defined in GENERAL ORDER 100 under Martial Order (ALF-081096-ORDER101) and Martial Order (ALF-081096-ORDER103).

VII. REQUESTED IN COMPLAINT:

Penalty and Forfeiture of all private property, all money, all trust(s) and all assets held foreign or domestically in the manner of 18% going in the court's treasury and the remaining is held for to the support and efficiency of **the victorious army** including the Grand Army of the Republic.

VIII. RELATED CASE(S) IF ANY

None

℄hronos: **January 6, 2017**

This Cover Sheet is by my hand and upon my civil authority set this 6th day of January, 2017:

J Am: _____.

Anderson Lee Fernanders, Legate a latere, Commander in Chief, Chief Executive and Commander of the victorious army including the Grand Army of the Republic Natural Person - In Propria Persona, Sui Juris, and Sui Heredes (Not Pro Se, Nor Colorable) – In Solo Proprio: Authorized Representative; All Rights Reserved

# New Lawsuit Check List

Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

| | | |
|---|---|---|
| ☒ | Two (2) completed **Civil Cover Sheets**. | |
| ☒ | Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.<br><br>___3___ + 2 = ___5___ Complaints.<br># of Defendants    Total<br><br>Received by Clerk: **SK**   Addresses are complete: _____ | Case: 5:17-cv-10077<br>Judge: Levy, Judith E.<br>MJ: Patti, Anthony P.<br>Filed: 01-10-2017 At 04:24 PM<br>CMP FERNANDERS v TRUMP (sk) |
| ☐ | If any of your defendants are government agencies:<br>Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General. | |

### If Paying The Filing Fee:

☐ Current new civil action filing fee is attached.

Fees may be paid by check or money order made out to:

**NO**   Clerk, U.S. District Court

Received by Clerk: _____ Receipt #: _____

### If Asking That The Filing Fee Be Waived:

☐ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.

**NO**

Received by Clerk: _____

### Select the Method of Service you will employ to notify your defendants:

| Service via Summons by Self | Service by U.S. Marshal<br>(Only available if fee is waived) | Service via Waiver of Summons<br>(U.S. Government cannot be a defendant) |
|---|---|---|
| ☒ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br>Received by Clerk: **SK** | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☐ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>Received by Clerk: _____ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br><u>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted</u>, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

### Clerk's Office Use Only

Note any deficiencies here: No filing fee paid. Wants to dispute filing fee with court. Doesn't want to fill out IFP application.

Rev. 4/13